**FILED**

FEB 24 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 (510) 637-3500

5 Counsel for Defendant MERLOS-YOVANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 11-00049 CW (MEJ) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE |
| | ) | |
| OSIRIS MERLOS-YOVANY | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Osiris Merlos-Yovany, currently set for Friday, February 25, 2011, at 9:30 a.m. before Magistrate Judge Maria Elena James is vacated and continued to March 3, 2011, at 9:30 a.m. before Magistrate Judge Donna M. Ryu. The reason for the continuance is that defense counsel has conflicting court appearances in Oakland, CA at the time of the scheduled February 25, 2011 hearing. In addition, counsel needs time to meet with Mr. Merlos-Yovany, with the assistance of an interpreter to complete the financial affidavit and discuss the charges and evidence with him.

*U S v. Osiris Merlos-Yovany*, CR 11-0049 CW
(MEJ); stip. cont. status date                    - 1 -

1     IT IS FURTHER STIPULATED that the time from Friday, February 25, 2011, to Thursday,

2 March 3, 2011, shall be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§

3 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

4 DATED: 2/23/11                 /s/
5                                      JOYCE LEAVITT
6                                      Attorney for Javier Gutierrez-Chavez

7 DATED: 2/23/11                 /s/
                                     JOSEPH P. AUDAL
8                                      Special Assistant United States Attorney

9     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
10 conformed signature (/s/) within this e-filed document.

11 **ORDER**

12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for defendant

13 Osiris Merlos-Yovany, currently set for Friday, February 25, 2011, at 9:30 a.m. before Magistrate

14 Maria Elena-James is continued to March 3, 2011, at 9:30 a.m. before Magistrate Donna M. Ryu.

15     IT IS FURTHER STIPULATED that the time from Friday, February 25, 2011, to Thursday,

16

17 March 3, 2011, shall be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§

18 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of

19 justice served outweigh the best interests of the public and the defendant in a speedy and public trial

20 and the failure to grant the requested continuance would unreasonably deny counsel the reasonable
21
22 time necessary for effective preparation, taking into account due diligence and continuity of counsel.

23     SO ORDERED.

24 DATED:                             _Timothy J Bommer_
25                                 HONORABLE ~~MARIA ELENA JAMES~~
                                 United States Magistrate Judge

26